In the Matter of the Application of EBERHARDT VOLK, as Trustee of the Estate of WILLIAM VOLK, Deceased, for an Order Permitting the Inspection of Books in the Custody of JAMES J. CRISONA, an Attorney.— Motion for leave

to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante,* p. 818.] Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.